NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GUILLERMO MOJARRO,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

_____

2013-3109

_____

Petition for review of the Merit Systems Protection Board in No. SF0353110827-I-1.

_____

**ON MOTION**

_____

**O R D E R**

The United States Postal Service moves without opposition for a 15-day extension of time, until July 12, 2013, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

GUILLERMO MOJARRO V. USPS                                      2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s27